UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-                                                      Case No. 6:07-cr-8-Orl-19KRS

DONTAE LORENZO KEITT

REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY

The Defendant, by consent, has appeared before me pursuant to Rule 11, F.R.Cr.P. and Rule

6.01(c)(12), Middle District of Florida Local Rules, and has entered a plea of guilty to Counts One,

Two, Three, Four, Seven, Eight, Nine, Ten, Eleven, Twelve, Thirteen, Fourteen and Fifteen of the

Indictment. After cautioning and examining the Defendant under oath concerning each of the subjects

mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary and that the

offenses charged are supported by an independent basis in fact containing each of the essential

elements of such offense. I therefore recommend that the plea of guilty be accepted and that the

Defendant be adjudged guilty and have sentence imposed accordingly. The Defendant remains on

conditions of release pending sentencing.

Date:   May 29, 2007

KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

NOTICE
Failure to file written objections to this Report and Recommendation within ten (10) days from the
date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the
assigned United States District Judge. 28 U.S.C. Section 636(b)(1)(B). Rule 6.02 Middle District of Florida
Local Rules.

Copies furnished to:  Presiding District Judge, Courtroom Deputy, United States Attorney, United States
Probation Office, Defendant