UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

        **Plaintiff,**

-vs-                                                                                                     Case No.  6:07-cr-8-Orl-19KRS

**DONTAE LORENZO KEITT,**

        **Defendant.**

## ORDER

This case was considered by the Court on Order of the Eleventh Circuit Court of Appeals[1] to determine if Defendant's untimely notice of appeal,[2] filed more than ten days after the District Court Order from which the appeal was taken,[3] can be accepted as valid and construed as a motion for extension of time to appeal because of excusable neglect or good cause.  The notice of appeal was filed within the additional time permitted for filing a motion for extension of time to appeal.

Under Federal Rule of Appellate Procedure 4(b)(1)(A):

> In a criminal case, a defendant's notice of appeal must be filed in the district court within **10 days** after the later of:
> (i) the entry of either the judgment or the order being appealed; or
> (ii) the filing of the government's notice of appeal.

(Emphasis added).  Rule 4(b)(4) provides, in part, as follows:

> Upon a finding of excusable neglect or good cause, the district court may--before or after the time has expired, with or without motion and notice--extend

---

[1] Doc. No. 186, filed Dec. 4, 2007.

[2] Doc. No. 171, filed Oct. 16, 2007.

[3] Doc. No. 141, filed Sept. 19, 2007.

the time to file a notice of appeal for a period not to exceed 30 days from the expiration of the time otherwise prescribed by this Rule 4(b).

Defendant filed his notice of appeal on October 10, 2007. Defendant was appealing the Order entered on September 19, 2007. Thus, his notice of appeal was untimely. However, the notice was filed within the 30 day period in which a motion for extension of time to appeal could have been filed under Rule 4(b)(4).

**Within twenty (20) days** from the date of this Order, Defendant, Dontae Lorenzo Keitt, shall file in writing his statement, including legal citations, showing excusable neglect or good cause sufficient to allow the Court to extend the time for filing of Defendant's notice of appeal. Failure to comply with this Order may result in a finding of no excusable neglect or good cause without further notice. The Government shall have ten (10) days after service of Defendant's statement to file its response.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on December 16, 2007.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies furnished to:

Counsel of Record
United States Marshall
United States Probation
United States Pretrial Services
Defendant